Submitted on respondent State Accident Insurance Fund's petition for rehearing November 18,* petition for rehearing denied December 23, 1980

In the Matter of the Compensation of
James E. Fossum, Deceased.

FOSSUM,
*Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND, et al,
*Respondents.*

(CA 14961, SC 26965)

624 P2d 1074

K.R. Maloney, General Counsel, James A. Blevins, Chief Trial Counsel, and Darrell E. Bewley, Appellate Counsel, State Accident Insurance Fund, Salem, for the petition.

Allen T. Murphy, Jr., Portland, contra.

Before Denecke, Chief Justice, and Tongue, Lent, Linde, Peterson and Tanzer, Justices.

TONGUE, J.

---

* Fossum v. SAIF, 289 Or 787, 619 P2d 233 (1980).

**TONGUE, J.**

Respondent SAIF petitions for rehearing of our decision in *Fossum v. SAIF,* 289 Or 787, 619 P2d 233 (1980), contending that our opinion failed to address all issues necessary for a proper disposition of the case. We deny rehearing but amend the last paragraph of the opinion to read as follows:

> "For these reasons, we reverse the decision of the Court of Appeals and we remand this case to the Court of Appeals for consideration of plaintiff's claim on its merits."

Petition denied.